IN THE SUPREME COURT OF NORTH CAROLINA

No. 84PA14

Filed 23 January 2015

IN THE MATTER OF:  C.W.F.

On  discretionary  review  pursuant  to  N.C.G.S.  §  7A-31  of  a  unanimous decision of the Court of Appeals, ___ N.C. App. ___, 753 S.E.2d 736 (2014), vacating and remanding an order entered on 22 August 2012 by Judge Don W. Creed, Jr. in District Court, Moore County.  Heard in the Supreme Court on 13 January 2015.

*Roy  Cooper,  Attorney  General,  by  Josephine  Tetteh,  Assistant  Attorney General, for petitioner-appellant State of North Carolina.*

*Staples  S.  Hughes,  Appellate  Defender,  by  David  W.  Andrews,  Assistant Appellate Defender, for respondent-appellee C.W.F.*

*Miranda R. McCoy for Jackson Springs Treatment Facility, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.